Louis Levin and Hyman Meyersohn, Respondents, v. James E. Dietz, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Rich and Miller, JJ., concurred.

Hyman Levine, Respondent, v. Morris Goldman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

William E. Lowrey, Appellant, v. The Huntington Light and Power Company, Respondent.— Reargument ordered and case set down for Tuesday, April 30, 1907.

Fritz Marienfeld, Respondent, v. Abraham Freundlich and Ephraim Siff, Appellants.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Elizabeth Maucher, as Administratrix, etc., of Joseph Maucher, Deceased, Respondent, v. Michael Fuchs, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred; Jenks, J., dissented.

Charles Meisner, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiff did not make out a case sufficient to uphold the judgment. Woodward, Jenks and Gaynor, JJ., concurred; Hirschberg, P. J., and Hooker, J., dissented.

Charles W. Meuser, Respondent, v. Joseph H. Tooker, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

William G. Morrisey, Respondent, v. Robert L. Anstey, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Mary Moser and Others, Appellants, v. Frederica Talman Individually and as Executrix, etc., of William G. Talman, Deceased, and Others, Defendants, Impleaded with Charles A. Runk, Individually and as Executor, etc., of William G. Talman, Deceased, and The Brooklyn Children's Aid Society, Respondents.— Final judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

James D'O. Murray, Respondent, v. Holmes M. Narwood, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Susan O'Brien, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

John C. Oldmixon, Respondent, v. Clarence Davis, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.